UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDY WESLEY | CIVIL ACTION |
| VERSUS | NO. 24-378-JWD-SDJ |
| MARTIN O'MALLEY | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated December 12, 2024 (Doc. 10), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's action is DISMISSED without prejudice for failure to prosecute under Local Civil Rule 41(b).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on January 15, 2025.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA